IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of the PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND,<br><br>          Plaintiff,<br>v.<br><br>CORY DERGANCE and THE LAW OFFICES OF PETER FERRACUTI, P.C.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Case No. 08 CV 2522<br>)<br>) Judge Zagel<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:    See attached Certificate of Service.

    **PLEASE TAKE NOTICE** that on Thursday, May 15, 2008, at 10:15 a.m., I shall appear before the Honorable Judge James B. Nagel in the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for a Preliminary Injunction**, a copy of which, along with its supporting memorandum of law, is attached hereto.

                                            Respectfully submitted,


                                            /s/  M. Garrett Hohimer
                                            M. Garrett Hohimer
                                            One of Plaintiffs' Attorneys


Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

## CERTIFICATE OF SERVICE

I certify that on May 8, 2008, I electronically filed the foregoing NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION with the Clerk of the court using the CM/ECF system; however, there are no attorneys of record who will be sent electronic notification of such filing.

I certify that on May 8, 2008, I caused a copy of the attached NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION to be sent by facsimile, email, and first class mail, postage prepaid, to:

Cory Dergance
C/O Julie Ajster, Attorney
The Law Offices of Peter F. Ferracuti, P.C.
110 East Main Street
Ottawa, IL 61350
815-223-4195
815-434-4513
jajster@peterferracuti.com


The Law Offices of Peter F. Ferracuti, P.C.
110 East Main Street
Ottawa, IL 61350
815-434-4513
815-434-2796
pferracuti@peterferracuti.com


/s/ M. Garrett Hohimer