UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Charles E. Anderson, et al.
                         Plaintiff,

v.                                              Case No.: 1:08−cv−02522
                                                       Honorable James B. Zagel

Cory Dergance, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 5/22/2008. Motion for preliminary injunction staying disbursement of funds subject to plaintiffs lien [8] is granted. Disbursement of lien funds is stayed until 6/19/2008 at 12:00 Noon. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.