AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Charles E. Anderson, Trustee, on behalf of
Painters' District Council No. 30 Health and
Welfare Fund,

V.

CORY DERGANCE and THE LAW OFFICES
OF PETER FERRACUTI, P.C.,

CASE NUMBER: 08CV2522

JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Cory Dergance
C/O The Law Offices of Peter Ferracuti, P.C.,
110 East Main Street
Ottawa, IL 61350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK

May 2, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/23/08 |
| NAME OF SERVER (PRINT) Josh Williams | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Rochell / clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/08         *[signature] Josh Williams*
                Date                      Signature of Server