UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charles E. Anderson, et al.
         Plaintiff,

v.                Case No.: 1:08−cv−02522
                Honorable James B. Zagel

Cory Dergance, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/1/2008. MOTION by Plaintiffs Charles E. Anderson, Painters' District Council No. 30 Health and Welfare Fund for default judgment as to both Defendants jointly and severally [16] is denied. Status hearing set for 7/29/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.