AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  7/14/08 AT 8:18 P.M |
| NAME OF SERVER (PRINT)  BRIAN W. CHERPESKE | TITLE  IL LIC #115-001689  LICENSED PRIVATE DETECTIVE / PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:  145 9TH ST., LASALLE IL 61301

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/08  
            Date                    Signature of Server: Brian W. Cherpeske

Address of Server: 740 EDWARDS AVE., LASALLE, IL 61301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Charles E. Anderson, Trustee, on behalf of
Painters' District Council No. 30 Health and
Welfare Fund,
                Plaintiff,

vs.                                    Case No. 08 CV 2522

Cory Dergance and the Law offices of Peter
Ferracuti, P.C.
                Defendant

## AFFIDAVIT

I, **Brian Cherpeske** having been duly sworn upon oath, depose and state as follows:
That I am over 21 years of age and not a party to this suit and I am registered with the Illinois Department of Financial and Professional Regulation as a Licensed Private Detective- License #115-001689

1. That I did, in fact serve: **CORY DERGANCE**
(name)

by:

**X** (a) Leaving a copy of the **Alias Summons** and a copy of the **Complaint** with **Exhibits** with the defendant personally.

_____ (b) Leaving a copy of the **Alias Summons** and a copy of the **Complaint** with **Exhibits** at the usual place of abode of each individual defendant with a person of his or her family or a person residing at the residence of the age of 13 or upwards, informing that person of the contents and also by mailing a copy of the **Alias Summons** in a sealed envelope with postage prepaid, addressed to each individual at his or her usual place of abode.

_____ (c) by leaving a copy of the **Alias Summons** and a copy of the **Complaint** with **Exhibits** with the registered agent, officer or agent of each defendant corporation.

_____ (d) Unable to Serve or Returned Not Served / Reason:

Name of Defendant: **CORY DERGANCE**

Name of person Alias Summons given to: CORY DERGANCE

Sex MALE   Race WHITE   Approximate Age 25   D.O.B. 7/25/82

Height 6'   Build MEDIUM   Color of Hair LIGHT BROWN/BLONDE

Place of Service 145 9TH ST, LASALLE, IL 61301

Date of Service 7/14/08   Time of Service 8:18 P.M.   Date of Mailing _____

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he verily believes same to be true.

Fee $50   Process Server: Brian W. Cherpeske   Date 7/14/08

IL License # 115-001689   Address: Brian W. Cherpeske   740 Edwards Avenue, LaSalle, IL 61301  Ph# (815) 223-7360

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS   SUMMONS IN A CIVIL CASE

Charles E. Anderson, Trustee, on behalf of Painters' District Council No. 30 Health and Welfare Fund,

V.

Cory Dergance and the Law Offices of Peter Ferracuti, P.C.

CASE NUMBER: 08 CV 2522

ASSIGNED JUDGE: James B. Zagel

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

Cory Dergance
145 9th Street
LaSalle, IL 61301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

July 9, 2008

Date