UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charles E. Anderson, et al.
                  Plaintiff,

v.                                        Case No.: 1:08−cv−02522
                                        Honorable James B. Zagel

Cory Dergance, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 7/29/2008. Motion for default judgment [22] is denied. Defendant Dergance's answer due 11/6/2008. Defendant Law Office's to answer otherwise plead by 8/19/2008. Plaintiff response to a motion to dismiss, if any, due by 9/2/2008. Status hearing set for 9/9/2008 at 10:00 AM and for 11/3/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.