MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cory Dergance
(Please print)

STREET ADDRESS: 145 9th St.

CITY/STATE/ZIP: LaSalle IL 61301

PHONE NUMBER: 815-220-0347

CASE NUMBER: 08CV2522

_____          07-29-08
Signature                         Date

FILED
7-29-2008
JUL 29 2008
MICHAEL W. D[OBBINS]
CLERK, U.S. DISTRICT [COURT]