**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JUL 29 2008
J.N 7-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Charles Anderson

v.

Cory Dergance and the Law Office of Peter Ferracuti, P.C.

Case Number: 08 CV 2522

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Law Office of Peter Ferracuti, P.C., Defendant

| | |
|---|---|
| NAME (Type or print) Julie Ajster | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Julie Ajster | |
| FIRM Law Office of Peter Ferracuti, P.C. | |
| STREET ADDRESS 110 E. Main St. | |
| CITY/STATE/ZIP Ottawa, IL 61350 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6277029 (IL) | TELEPHONE NUMBER 815-434-3535 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |